UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-203 (JDB) |
| : | |
| **ALEXANDER SHEPPARD,** : | |
| **Defendant.** : | |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Continue Status Hearing, it is this ____ day of May, 2021, HEREBY ORDERED that:

- The Motion is GRANTED;

- The status hearing currently scheduled for June 1, 2021, is CONTINUED to July ____, 2021; and

- The interests of justice outweigh the defendant and the public's interest in a speedy trial such that the time from June 1, 2021, to July ____, 2021, shall be excluded under the Speedy Trial Act.

SO ORDERED.

_____
HON. JOHN D. BATES
UNITED STATES DISTRICT JUDGE