# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ALEXANDER SHEPPARD,**<br><br>Defendant. | Crim. Action No. 21-203 (JDB) |

## ORDER

Upon consideration of [12] the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e); it is further

**ORDERED** that the United States may provide in discovery sealed materials, pursuant to [14] the previously entered protective order governing discovery; and it is further

**ORDERED** that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 27, 2021