United States Code Annotated
   Title 3. The President (Refs & Annos)
      Chapter 1. Presidential Elections and Vacancies (Refs & Annos)

3 U.S.C.A. § 17

§ 17. Same; limit of debate in each House

Currentness

When the two Houses separate to decide upon an objection that may have been made to the counting of any electoral vote or votes from any State, or other question arising in the matter, each Senator and Representative may speak to such objection or question five minutes, and not more than once; but after such debate shall have lasted two hours it shall be the duty of the presiding officer of each House to put the main question without further debate.

**CREDIT(S)**

(June 25, 1948, c. 644, 62 Stat. 676.)

3 U.S.C.A. § 17, 3 USCA § 17
Current through PL 117-42.

**End of Document**　　　© 2021 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2021 Thomson Reuters. No claim to original U.S. Government Works.   1