# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States**

        **Plaintiff**

        v.                                    **Criminal Case No.:  21-CR-203-1 (JDB)**

**Alexander Sheppard**

        **Defendant**

## TRIAL EXHIBITS FOR THE UNITED STATES

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| **100 SERIES - MAPS** | | | | |
| 101 | Capitol Complex – Bird's Eye View Map | | | |
| 102 | January 6, 2021 - Restricted Perimeter Map | | | |
| 103 | U.S. Capitol – First Floor Map | | | |
| 104 | U.S. Capitol – Second Floor Map | | | |
| 105 | U.S. Capitol – House Chamber Second Floor | | | |
| **200 SERIES – THIRD PARTY PHOTOGRAPHS AND DOCUMENTS** | | | | |
| 201 | West Lawn Stock Photo | | | |
| 202 | West Front Stock Photo | | | |
| 203 | West Front Stock Photo with Inaugural Stage | | | |
| 204 | Peace Circle Closed Sign Photo ("Area Closed") | | | |
| 205 | Screenshot of Northwest Law Closed Sign ("Area Closed") | | | |
| 206 | Snow Fencing Photo | | | |
| 207 | Sheppard at Scaffolding | | | |
| 208 | Sheppard in Statuary Hall Connector | | | |
| 209 | Sheppard in Statuary Hall Connector 2 | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| 210 | McCumber Speaker's Lobby Photo | | | |
| 211 | Center Doors Action | | | |
| 212 | Center Doors Damage | | | |
| 213 | Chamber Prior to Reconvening 1 | | | |
| 214 | Chamber Prior to Reconvening 2 | | | |
| 215 | Inkstand Secured | | | |
| 216 | Speaker's Lobby | | | |
| **300 SERIES – EVIDENCE SEIZED FROM SHEPPARD'S CELLULAR TELEPHONE, SOCIAL MEDIA AND RESIDENCE/ARREST** | | | | |
| 301 | Sheppard Video Inside Capitol "Here with Heroes" | | | |
| 302 | Sheppard Video Statuary Hall Connector | | | |
| 303 | Sheppard Video Speaker's House Lobby | | | |
| 304 | Sheppard Video Crypt | | | |
| 305 | Sheppard Phone Photo Shaking Hands | | | |
| 306 | Sheppard Phone Photo Hallway | | | |
| 307 | Sheppard Phone Photo Hallway 2 | | | |
| 308 | Sheppard Phone Photo Bust with MAGA Hat | | | |
| 309 | Sheppard Phone Photo Bust with MAGA Hat 2 | | | |
| 310 | Sheppard Phone Photo Bust with MAGA Hat 3 | | | |
| 311 | Sheppard Phone Photo Bust with MAGA Hat 4 | | | |
| 312 | Sheppard Phone Photo Bust with Trump Hat | | | |
| 313 | Sheppard Phone Photo Crowd and Statute [Stat Hall Connector] | | | |
| 314 | Sheppard Phone Photo George Washington Painting | | | |
| 315 | Sheppard Phone Photo Fleeing Members | | | |
| 316 | Sheppard Phone Photo Fleeing Members 2 | | | |
| 317 | Sheppard Phone Photo Instagram Profile Screen Shot | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| 318 | Sheppard Phone Photo J6 Photos and Videos Screen Shot | | | |
| 319 | Sheppard Phone Photo Parents Text Screenshot | | | |
| 320 | Sheppard Phone Photo Not My President | | | |
| 321 | Sheppard Phone Driving to DC Video | | | |
| 322 | Sheppard Photo Crypt | | | |
| 323 | Sheppard Photo Crypt Confrontation | | | |
| 324 | Sheppard Phone Photo Rioters in Hallway | | | |
| 325 | Sheppard Phone Selfie in Capitol | | | |
| 326 | Sheppard Phone Photo Statuary Hall Connector Still | | | |
| 327 | Sheppard Phone Photo Fleeing Members 3 | | | |
| 328 | Video of Sheppard from TV | | | |
| 329 | NOT CURRENTLY USED | | | |
| 330 | Jan. 5 2021 Texts with Tiller Robinson | | | |
| 331 | Jan. 6 2021 Texts with Pat Huskey | | | |
| 332 | Jan. 6 2021 Texts with Debbie Sheppard | | | |
| 333 | Jan. 6 2021 Texts with Ward Sheppard | | | |
| 334 | Jan. 7 2021 Texts with Ben Wourms | | | |
| 335 | Jan. 7 2021 Texts with Ben Wourms | | | |
| 336 | Jan. 28 2021 Texts with Ben Wourms | | | |
| 337 | Jan. 8, 2021 Texts with Michael Oliverio | | | |
| 338 | Jan. 11 2021 Texts with Dylan Foley | | | |
| 339 | NOT CURRENTLY USED | | | |
| 340 | Facebook: Millions of us will be in DC | | | |
| 341 | Facebook: See you in DC | | | |
| 342 | Facebook: Why photos taken down | | | |
| 343 | Facebook: "What's deleted is never gone babeyyyy" | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| 344 | Facebook: Parler confirmation | | | |
| 345 | NOT CURRENTLY USED | | | |
| 350 | NOT CURRENTLY USED | | | |
| 351 | Parler: What happened at the Capitol | | | |
| 352 | Parler: What happened on the 6th | | | |
| 353 | Parler: I'm fine with hanging Pence tbh | | | |
| 354 | Parler: Mike Pence deserves a firing squad | | | |
| 355 | Parler: We shouldn't hang Mike Pence. Firing squad! | | | |
| 356 | Parler: Certified Fake Votes | | | |
| 357 | Parler: One cure for pedophilia | | | |
| 358 | Parler: So excited to watch first firing squad | | | |
| 359 | NOT CURRENTLY USED | | | |
| 360 | Planner (Dec. 27, 2020 Entry) | | | |
| 361 | Journal (Jan. 15, 2021 Entry) | | | |
| 362 | Place holders for physical evidence seized at arrest/search | | | |
| 363 | Place holders for physical evidence seized at arrest/search | | | |
| 364 | Place holders for physical evidence seized at arrest/search | | | |
| 365 | Place holders for physical evidence seized at arrest/search | | | |
| 366 | Place holders for physical evidence seized at arrest/search | | | |
| 367 | Place holders for physical evidence seized at arrest/search | | | |
| 368 | Place holders for physical evidence seized at arrest/search | | | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| **400 Series – U.S. Capitol CCTV Videos** | | | | |
| 401 | CCTV – West Side Breach Compilation | | | |
| 402 | CCTV – West Front Time Lapse | | | |
| 403 | CCTV – USCP Compilation Video | | | |
| 404 | Not Currently Used | | | |
| 405 | CCTV – West Terrace Stairs | | | |
| 406 | CCTV – Senate Wing Door Exterior | | | |
| 407 | CCTV – Senate Wing Door Interior | | | |
| 408 | CCTV – Memorial Door | | | |
| 409 | CCTV - House Wing Door | | | |
| 410 | CCTV – Main House Door Hall | | | |
| 410A | CCTV – Main House Door Hall | | | |
| 411 | CCTV – Hallway Past Rayburn Room | | | |
| 412 | CCTV – Statuary Hall | | | |
| 413 | CCTV – Sheppard Exit | | | |
| 414 | CCTV – Statuary Hall Connector | | | |
| 415 | CCTV – Crypt North | | | |
| 416 | CCTV – Crypt North 2 | | | |
| 417 | CCTV – Crypt South | | | |
| 418 | CCTV – VP Motorcade Leaving | | | |
| 419 | CCTV – VP Stairwell | | | |
| | | | | |
| **500 Series – Third Party Video** | | | | |
| 501 | Sheppard at Rally | | | |
| 502 | Not Currently Used | | | |
| 503 | Sheppard Walking to Capitol | | | |
| 504 | Sheppard Walking to Capitol 2 | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
| 505 | Sheppard in Statuary Hall Connector [Metrospecial] | | | |
| 506 | Sheppard at Main House Doors | | | |
| 507 | Sheppard in Crypt [BGO on the Scene] | | | |
| 508 | Sheppard Going Upstairs | | | |
| 509A | Sheppard Before Stairs/Banging on Doors [Resistance] | | | |
| 509B | Sheppard Speaker's Lobby [Resistance] | | | |
| 510 | Sheppard at Speakers Lobby Doors [Insurgence] | | | |
| 511 | Sheppard at Speakers Lobby Doors [RMG] | | | |
| 512 | Sheppard at Speakers Lobby Doors [Jayden X Slow] | | | |
| 513 | Sheppard at Speakers Lobby Doors [National File] | | | |
| 514 | Sheppard Leaving Speakers Lobby Doors [FNTV] | | | |
| 515 | Sheppard Exiting Capitol [Nemos] | | | |
| 516 | Sheppard Outside Capitol [MI Const. Crus.] | | | |
| 517 | Sheppard Main Doors Rayburn Room Speakers Lobby | | | |
| 518 | Sheppard in Crypt [Rahm] | | | |
| 519 | McCumber House Chamber Video | | | |
| 520 | Sheppard Entering Capitol | | | |
| **600 SERIES – CONGRESSIONAL EXHIBITS** | | | | |
| 601 | Congressional Montage Video | | | |
| 602 | U.S. Constitution, Amendment 12 Highlighted | | | |
| 603 | 3 U.S.C. 15 – Highlighted | | | |
| 604 | 3 U.S.C. 16 – Highlighted | | | |
| 605 | 3 U.S.C. 17 – Highlighted | | | |
| 606 | 3 U.S.C. 18 – Highlighted | | | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Stipulation/Witness |
|---|---|---|---|---|
|  | **700 SERIES – RECORDED STATEMENTS OF SHEPPARD** | | | |
| 701 | Audio Recording of Interview with Alexander Sheppard (Jan. 19, 2021 at 4:27 p.m.) | | | |
| 702 | Audio Recording of Interview with Alexander Sheppard (Feb. 23, 2021 at 1:46 p.m.) | | | |
| | | | | |
|  | **800 SERIES – USSS COMMUNICATIONS** | | | |
| 801 | Pence Head of State Notification Email | | | |
| 802 | Head of State Worksheet | | | |
| 803 | Glavey Audio A | | | |
| 804 | Glavey Audio B | | | |
| 805 | Glavey Audio C | | | |
| | | | | |
|  | **900 SERIES – STIPULATIONS** | | | |
| 901 | | | | |
| 902 | | | | |
| 904 | | | | |
| 905 | | | | |
| 906 | | | | |
| 908 | | | | |
| 909 | | | | |
| 911 | | | | |
| 912 | | | | |
| 913 | | | | |