## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| vs. : | Case No.: 21-CR-203 (JDB) |
| **ALEXANDER SHEPPARD,** : | |
| **Defendant.** : | |

## NOTICE OF APPEAL

**Name and address of appellant:**  Alexander Sheppard

**Name and address of appellant's attorney:**  Maria Jacob
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense**: 18 U.S.C. 1512(c)(2) and 2; Tampering With A Witness, Victim Or Informant; Obstruction of an Official Proceeding and Aiding and Abetting (1); 18 U.S.C. 1752(a)(1); Temporary Residence Of The President; Entering and Remaining in a Restricted Building or Grounds (2); 18 U.S.C. 1752(a)(2); Temporary Residence Of The President; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3); 40 U.S.C. 5104(e)(2)(D); Violent Entry And Disorderly Conduct On Capitol Grounds; Disorderly Conduct in a Capitol Building (5); 40 U.S.C. 5104(e)(2)(G); Violent Entry And Disorderly Conduct On Capitol Grounds; Parading, Demonstrating, or Picketing in a Capitol Building (6).

**Concise statement of judgment or order, giving date, and any sentence:** Counts 1-3, 5, 6. Defendant sentenced to Nineteen (19) months on Count 1, Twelve (12) months on Counts 2 and 3, Six (6) months on Counts 5 and 6, all terms of imprisonment to run concurrently; followed by Supervised Release of Twenty-Four (24) months on Count 1 and Twelve (12) months on Counts 2 and 3, all terms of supervised release to run concurrently. Special assessment of $100 on Count 1, $25 on Counts 2 and 3, $10 on Counts 5 and 6 (for a total of $170). A Fine of $1000 and Restitution of $2000. Defendant allowed to self-surrender.

**Name of institution where now confined, if not on bail:**  Bond Status of Defendant: Continue on Personal Recognizance

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

<u>September 19, 2023</u>                                              <u>Alexander Sheppard         </u>
DATE                                                                            APPELLANT


CJA, NO FEE  <u>     FPD         </u>                             <u>Maria Jacob               </u>
PAID USDC FEE  <u>  NO            </u>                           ATTORNEY FOR APPELLANT
PAID USCA FEE  <u>  NO            </u>


Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes