UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.          )<br>)<br>Alexander Sheppard,      )<br>)<br>Defendant.    )<br>_____) | No. 21-203 (JDB) |

## ORDER

Upon consideration of the Motion for Release Pending Appeal, it is on this

_____ day of _____, 2023,

ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the current order to self-surrender issued to Alexander Sheppard ordering him to report to AUSP Thomson on November 2, 2023, be stayed until resolution of his appeal.

Dated_____, day of_____, 2023.

 

                                                                 _____
                                                                 Honorable John D. Bates
                                                                 United States District Judge