UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEXANDER SHEPPARD,<br><br>Defendant. | Criminal Action No. 21-203 (JDB) |

### ORDER

Upon consideration of [133] defendant Alexander Sheppard's second motion for release pending appeal, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** [133] Sheppard's second motion for release pending appeal is **GRANTED**; it is further

**ORDERED** that Sheppard shall be released from the custody of the Bureau of Prisons on May 2, 2024; and it is further

**ORDERED** that within three days of the Supreme Court issuing its decision in <u>Fischer v. United States</u>, No. 23-5572, the parties shall submit to this Court their positions as to what if any further proceedings are necessary.

**SO ORDERED.**

/s/<br>JOHN D. BATES<br>United States District Judge

Dated: <u>January 11, 2024</u>