UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 21-cr-203 (JDB) |
| ALEXANDER SHEPPARD, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

In accordance with the Court's July 2, 2024 Minute Order, the parties hereby submit this joint status report. The parties agree that no further proceedings are needed at this time while the case is on appeal. The government will keep the Court apprised on the progress of the appeal.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER
/s/

_____
Celia Goetzl
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
celia_goetzl@fd.org

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Sonia Mittal_____
SONIA MITTAL
Assistant United States Attorney
United States Attorney's Office for the

District of Columbia
Illinois Bar No. 6314706
sonia.mittal@usdoj.gov
(202) 821-9470

/s/ Craig Estes
CRAIG ESTES
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
Massachusetts Bar No. 670370
craig.estes@usdoj.gov
(617) 748-3100