UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEXANDER SHEPPARD,<br><br>Defendant. | Crim. Action No. 21-203 (JDB) |

**ORDER**

Before the Court is defendant Alexander Sheppard's motion to modify his conditions of release to permit his travel to Washington, D.C., from January 19–21, 2025, for the inauguration of President-Elect Donald J. Trump. The government opposes. For the reasons that follow, the Court confirms that Sheppard is subject to a restriction on travel outside of his judicial district and DENIES his motion to modify his conditions of release.

On January 26, 2023, a jury convicted Sheppard of one felony offense and four misdemeanor offenses related to his participation in the events of January 6, 2021. See Verdict Form [ECF No. 86]. In September 2023, the Court sentenced Sheppard to 19 months imprisonment. See Judgment [ECF No. 108] at 3. On January 11, 2024, in light of Sheppard's conviction under 18 U.S.C. § 1512(c)(2) and the Supreme Court's granting of certiorari in Fischer v. United States, No. 23-5572 (2024), this Court granted Sheppard's renewed motion for release pending appeal with an effective date of May 2, 2024. See Order [ECF No. 141] at 1; Mem. Op. [ECF No. 142] at 4–10. On July 30, 2024, this Court issued a minute order stating that while on release pending appeal, Sheppard's "conditions of release shall be the same as those set forth in the Court's Judgment." See Minute Order of July 30, 2024. In the Court's Judgment, the third standard condition of supervision requires Sheppard to obtain "permission from the Court or the

1

probation officer" before "knowingly leav[ing] the federal judicial district where [he is] authorized to reside," which is in Ohio.  See Judgment at 5; Mot. to Modify Conditions of Release [ECF No. 149] at 3.  Therefore, Sheppard requires permission to travel to Washington, D.C.

When the Court determined Sheppard's conditions of release pending appeal, it considered the factors provided in 18 U.S.C. § 3142(g), including the nature and circumstances of the offense charged, the weight of the evidence, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community.  See Minute Order of July 30, 2024.  Upon consideration of those factors here, the Court concludes that no change to the terms of Sheppard's conditions of release is warranted.  Sheppard's conduct on January 6 was grave.  "He was among the first of the rioters to enter the Capitol, and he joined others in overrunning police lines."  Sheppard Sent'g Tr. [ECF No. 125] at 56:8–9.  "He videotaped fleeing members of Congress and staff, and looked on as other rioters violently punched out the windows of doors mere inches from officers' heads. . . . And he posted some threatening statements on social media, including threats directed towards Vice President Pence, and frustration with Republican senators who certified the electoral vote."  Id. 56:13–19.  Additionally, "[he] shouted and chanted close to the police lines," "was near the front of the crowd, [] he pushed the other rioters pushing against the police line," and he "pounded on office doors and shouted as the moved through the" Capitol.  See id. 58:2–5.  As a result, the Court was "forced [to] conclude that Mr. Sheppard was[] an active participant in the mob and the riot, although he did not engage in any violence or assaultive behavior or destruction of property."  Id. 59:20–23.

In light of Sheppard's serious conduct, including his active role in the mob and riot, and all the factors set forth in § 3142(g), the Court thus concludes that the prohibition on unauthorized

2

travel from his judicial district remains a condition of Sheppard's release necessary to ensure community safety.

For the foregoing reasons, and upon consideration of [149] the defendant's motion and the entire record herein, it is hereby

**ORDERED** that [149] the motion is **DENIED.**

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: January 17, 2025